**In the Matter of the LIQUIDATION OF PROFESSIONAL MEDICAL INSURANCE COMPANY and Professional Mutual Insurance Company Risk Retention Group, Plaintiffs,**

**A. W. Mcpherson, Deputy Director, Missouri Department of Insurance, Respondent,**

v.

**Glenn R. JOURDON; Corporate Insurance Consultants, Inc.; and Jourdon Investments, LLC., Appellants.**

**No. WD 57950.**

Missouri Court of Appeals, Western District.

Oct. 31, 2000.

As Modified Dec. 26, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 26, 2000.

Application for Transfer Denied Feb. 13, 2001.

William H. Bates, Kansas City, for appellants.

Bruce E. Baty, Kansas City, for respondent.

Before EDWIN H. SMITH, P.J., ULRICH, J. and ELLIS, J.

## ORDER

PER CURIAM.

This appeal arises out of the liquidation of two companies, Professional Mutual Insurance Company Risk Retention Group (RRG) and Professional Medical Insurance Company (ProMed). Glenn R. Jourdon, Corporate Insurance Consultants, Inc., and Jourdon Investments, LLC (Appellants) appeal the judgment of the trial court affirming the distribution scheme of the Receiver for RRG and denying Appellants' claims to certain RRG assets. Appellants' point one is dismissed. The judgment of the trial court is affirmed. Rule 84.16(b).